KAMER ZUCKER ABBOTT
Carol Davis Zucker   #2543
R. Todd Creer         #10016
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD R. JACOBS, M.D.,<br><br>                          Plaintiff,<br><br>vs.<br><br>NEVADA CANCER INSTITUTE, a Nevada<br>non-profit corporation, and RUCKDESCHEL-<br>MANNO, LTD., d/b/a NEVADA CANCER<br>INSTITUTE MEDICAL GROUP,  a Nevada<br>professional corporation,<br><br>                          Defendants. | Case No. 2:11-cv-01302-PMP-RJJ<br><br><br>**STIPULATION FOR DISMISSAL**<br>**WITH PREJUDICE** |

    Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*. Each party is to bear their own attorneys' fees and costs, except as otherwise agreed.

///

///

///

///

///

///

///

KAMER ZUCKER ABBOTT   *Attorneys at Law*

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear their own costs and attorneys' fees, except as otherwise agreed.

DATED this _____ day of _____, 2012.

SEMENZA & SEMENZA, LLP

By: _____
Lawrence J. Semenza          # 789
Lawrence J. Semenza, III     #7174
3025 East Post Road
Las Vegas, Nevada 89120
Tel: (702) 369-6999
Fax: (702) 263-3539

Attorneys for Plaintiff

KAMER ZUCKER ABBOTT

By: _____
Carol Davis Zucker     #2543
R. Todd Creer          #10016
3000 West Charleston Blvd., Suite 3
Las Vegas, Nevada 89102
Tel: (702) 259-8640
Fax: (702) 259-8646

Attorneys for Defendants

## ORDER

**IT IS SO ORDERED.**

DATED: May 10, 2012. _____

_____
UNITED STATES DISTRICT COURT JUDGE