```
 1  KAMER ZUCKER ABBOTT
    Carol Davis Zucker   #2543
 2  R. Todd Creer        #10016
    3000 West Charleston Boulevard, Suite 3
 3  Las Vegas, Nevada 89102-1990
    Tel: (702) 259-8640
 4  Fax: (702) 259-8646
 5
    Attorneys for Defendants
 6
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD R. JACOBS, M.D., | Case No. 2:11-cv-01302-PMP-RJJ |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| NEVADA CANCER INSTITUTE, a Nevada non-profit corporation, and RUCKDESCHEL-MANNO, LTD., d/b/a NEVADA CANCER INSTITUTE MEDICAL GROUP, a Nevada professional corporation, | |
| Defendants. | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*. Each party is to bear their own attorneys' fees and costs, except as otherwise agreed.

///
///
///
///
///
///
///

KAMER ZUCKER ABBOTT   *Attorneys at Law*

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear their own costs and attorneys' fees, except as otherwise agreed.

DATED this 9th day of May, 2012.

SEMENZA & SEMENZA, LLP

By: _____
Lawrence J. Semenza          # 789
Lawrence J. Semenza, III     #7174
3025 East Post Road
Las Vegas, Nevada 89120
Tel: (702) 369-6999
Fax: (702) 263-3539

Attorneys for Plaintiff

KAMER ZUCKER ABBOTT

By: _____
Carol Davis Zucker     #2543
R. Todd Creer          #10016
3000 West Charleston Blvd., Suite 3
Las Vegas, Nevada 89102
Tel: (702) 259-8640
Fax: (702) 259-8646

Attorneys for Defendants

## ORDER

**IT IS SO ORDERED.**

DATED: May 10, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE